R. Hunter Bitner, II, OSB No. 011146
hunter@slindenelson.com
SLINDE NELSON STANFORD
111 SW Fifth Avenue, Suite 1940
Portland, OR 97204
Tel: 503-417-7777
Fax: 503-417-4250
   *Of Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA FOR THE USE AND BENEFIT OF ASHLAND MEDFORD PLUMBING, INC., an Oregon corporation; and ASHLAND MEDFORD PLUMBING, INC., an Oregon Corporation,<br><br>Plaintiffs,<br>v.<br><br>KEVCON, INC., a California corporation; and SAFECO INSURANCE COMPANY OF AMERICA, a Massachusetts corporation,<br><br>Defendants. | Case No. 1:15-cv-00132-MC<br><br>**STIPULATED JUDGMENT OF DISMISSAL PURSUANT TO FRCP 41(a)(ii)** |

   Pursuant to FRCP 41(a)(ii), the parties, through their attorneys of record, having fully compromised and settled this matter, hereby stipulate that all claims herein may be dismissed, with prejudice, and without fees or costs to any party.

///

///

///

///

///

///

Page 1 – STIPULATED JUDGMENT OF DISMISSAL PURSUANT
             TO FRCP 41(a)(ii)

THEREFORE, pursuant to the stipulation of the parties below, it is hereby:

ORDERED AND ADJUDGED that all claims herein against Kevcon, Inc. and Safeco Insurance Company of America, are dismissed, with prejudice, and without fees or costs to any party and all counterclaims against Ashland Medford Plumbing, Inc.

Dated this 20 of April, 2016.

_____
The Honorable Michael J. McShane
United States District Court Judge

IT IS SO STIPULATED:

Respectfully submitted April 19, 2016.

| WILLIAMS KASTNER & GIBBS PLLC | SLINDE NELSON STANFORD |
|---|---|
| By: /s/ Thomas A. Ped<br>Thomas A. Ped, OSB No. 842203<br>Attorneys for Defendants | By: /s/ R. Hunter Bitner, II<br>R. Hunter, Bitner, II, OSB No. 011146<br>Attorneys for Plaintiff |

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **STIPULATED JUDGMENT OF DISMISSAL PURSUANT TO FRCP 41(a)(ii)** on:

Thomas A. Ped, OSB No. 953767
tped@williamskastne.com
WILLIAMS, KASTNER & GIBBS PLLC
888 SW Fifth Avenue, Suite 600
Portland OR   97204
Phone: (503) 228-7967
*Of Attorneys for Defendants*

by the following indicated method(s):

☐ by **faxing** full, true, and correct copies thereof to said attorney to the fax number noted above, which is the last known fax number for said attorney, on the date set forth below.

☒ by **emailing** full, true, and correct copies thereof to said attorney to the email address noted above, which is the last known email address for said attorney, on the date set forth below.

☐ by notice of electronic filing using the CM/ECF system.

☒ by causing full, true and correct copies thereof to be **mailed** to the party(s) at the party'(s) last-known office address(es) listed above on the date set forth below.

DATED:   April 19, 2016.

SLINDE NELSON STANFORD

By: R. Hunter Bitner, II
R. Hunter Bitner, II, OSB No. 011146
*Of Attorneys for Plaintiff*